No. 19.—John Doe, on the several demises of Zachariah Lamar and A. J. Lamar, plaintiffs in error, vs. Richard Roe, casual ejector, and Moses Grier, tenant in possession, defendants in error. Ejectment. From Early.

The security on appeal in the Court below, not having been made a party, writ of error dismissed.

De Graffenreid & Schley, for plaintiffs.

Jones & Carithers, and Dudley, for defendants.